**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1255**

JAELEN M.R. WRIGHT,

    Plaintiff - Appellant,

  v.

ANDREW SAUL, Commissioner of Social Security,

    Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Robert G. Doumar, Senior District Judge.  (4:17-cv-00128-RGD-RJK)

Submitted:  July 16, 2019           Decided:  July 18, 2019

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jaelen M. Wright, Appellant Pro Se.  Sean Douglas Jansen, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jaelen M.R. Wright appeals the district court's order denying his postjudgment request to proceed in his closed civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wright v. Berryhill*, No. 4:17-cv-00128-RGD-RJK (E.D. Va. Feb. 25, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*